IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:91CR38 |
| | ) | |
| v. | ) | |
| | ) | |
| DELANO MAXWELL and HASSAN MAJIED, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion of Delano Maxwell for appointment of counsel (Filing No. 846); the motion of Hassan Majied for appointment of counsel (Filing No. 847); the motion of Delano Maxwell for permission to proceed *in forma pauperis* on appeal (Filing No. 848); and the motion of Hassan Majied for permission to appeal *in forma pauperis* (Filing No. 850). The Court has reviewed the motions and the affidavits in support thereof. Accordingly,

IT IS ORDERED:

1) The motion of Delano Maxwell for appointment of counsel is denied and will be addressed by the United States Court of Appeals for the Eighth Circuit.

2) The motion of Hassan Majied for appointment of counsel is denied and will be addressed by the United States Court of Appeals for the Eighth Circuit.

3) The motion of Delano Maxwell for permission to proceed *in forma pauperis* on appeal is granted. Defendant may proceed on appeal without prepayment of costs.

4) The motion of Hassan Majied for permission to appeal *in forma pauperis* on appeal is granted.  Defendant may proceed on appeal without prepayment of costs.

DATED this 22nd day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court